AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>KING, GARR M | 2. Court or Organization<br><br>DISTRICT OF OREGON / ACTIVE | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>907 UNITED STATES COURTHOUSE<br>1000 S. W. THIRD AVENUE<br>PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-MANAGER | KING PARTNERS LLC |
| 2. PRESIDENT/DIRECTOR | KING ████████ FOUNDATION |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -8 A 9:22 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/30/98 | WITHDRAWAL AGREEMENT - WITH KENNEDY, WATTS, ARELLANO & RICKS LLP (FORMERLY KENNEDY, KING & ZIMMER) - PROVIDES FOR PAYMENT OF CAPITAL ACCT. & ACCTS. RECEIVABLE. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | National Trial Competition, Dallas, Texas (March 23-25, 2006) - $900.00 |
| 2. | Administrative Office of the United States Courts | Southern Oregon Federal Bar Association CLE at the Running Y Ranch, Klamath Falls, Oregon (May 18-20, 2006) - $511.67 |
| 3. | Administrative Office of the United States Courts | 2006 Ninth Circuit Judicial Conference, Huntington Beach, California (July 9-13, 2006) - $1,927.18 |
| 4. | American College of Trial Lawyers | Western Workshop, Colorado Springs, Colorado (Nov. 2-5, 2006) - $379.70 |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. NATIONAL BANK | B | Interest | K | T | | | | | |
| 2. KENNEDY, KING & ZIMMER PARTNERSHIP AGREEMENT | E | None | J | W | | | | | |
| 3. OREGON STATE VETS SER. 75 | B | Interest | K | T | | | | | |
| 4. WASHINGTON CO. OREGON UNI SWR | A | Interest | J | T | | | | | |
| 5. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 6. PORTLAND OREGON HOUSING 1-1-27 | B | Interest | K | T | | | | | |
| 7. ANALOG DEVICES COMMON STOCK | | None | K | T | | | | | |
| 8. CISCO SYS. INC. COMMON STOCK | | None | K | T | | | | | |
| 9. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 10. INTEL CORP. | A | Dividend | K | T | | | | | |
| 11. U.S. BANCORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 12. WASHINGTON MUTUAL COMMON STOCK | B | Dividend | L | T | | | | | |
| 13. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 14. CASH IN BROKERAGE ACCOUNTS - UBS Resource Mgmt. Acct. | D | Int./Div. | N | T | | | | | |
| 15. IRA - PIPER JAFFREY (See attachment) | | None | O | T | | | | | |
| 16. M&P CO. (Real Estate Partnership) | E | Rent | L | W | | | | | |
| 17. MACKINNON FINANCIAL SERVICES | A | Interest | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (Partnership) | | | | | | | | | |
| 18. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 19. IRA VALUE LINE FUND | D | Dividend | M | T | | | | | |
| 20. PFIZER INC. | B | Dividend | K | T | | | | | |
| 21. AMERICAN EXPRESS | A | Dividend | L | T | | | | | |
| 22. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 23. CITIGROUP | B | Dividend | K | T | | | | | |
| 24. EXXON MOBIL | B | Dividend | L | T | Partial Sale | 3/17 | K | D | |
| 25. HOME DEPOT | A | Dividend | K | T | | | | | |
| 26. MICROSOFT | | None | K | T | | | | | |
| 27. WELLS FARGO | A | Dividend | L | T | | | | | |
| 28. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 29. SBC COMM. | A | Dividend | | | Sold | 3/17 | K | | |
| 30. UNITED PARCEL | B | Dividend | L | T | | | | | |
| 31. MIDCAP SPDR | B | Dividend | M | T | | | | | |
| 32. SECTOR SPDRCYA | A | Dividend | L | T | | | | | |
| 33. ISHARES TR | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. BRISTOL MYER SQUIBB | B | Dividend | K | T | Sold | 3/10 | K | | |
| 35. FIDELITY ADV. SER II SHORT FXC INC. | B | Dividend | M | T | Sold | 3/10 | M | | |
| 36. SECTOR SPDR TR. TECH | A | Dividend | M | T | | | | | |
| 37. RYDEX SER FUND | A | Dividend | L | T | Sold | 3/10 | L | | |
| 38. COLUMBIA BANCORP | A | Dividend | K | T | | | | | |
| 39. CASCADE BANCORP | A | Dividend | K | T | | | | | |
| 40. BPPLC Spons. ADR | B | Dividend | K | T | | | | | |
| 41. MEDTRONIC | A | Dividend | K | T | | | | | |
| 42. FIRST DATA CORP | | None | K | T | | | | | |
| 43. SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | | | | | |
| 44. SPECTOR SPDR ENERGY | B | Dividend | L | T | | | | | |
| 45. TRI COUNTY METTR | B | Interest | K | T | | | | | |
| 46. WEST BANK P.R.C.O. | B | Interest | L | T | | | | | |
| 47. SALEM OR. W&S REV | B | Interest | L | T | Redeemed | 6/11 | L | | |
| 48. ADVANTA BANK C.D. | C | Interest | L | T | Redeemed | 9/22 | L | | |
| 49. PORT. ORE. SEWER SYS. | B | Interest | K | T | | | | | |
| 50. CLACK. CTY. OR. HOSP. | B | Int./Div. | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000.000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. CARMEN DRIVE HEALTH CENTER INVESTORS | A | Interest | K | U | | | | | |
| 52. SUN WATER SYSTEMS INC. | C - | Dividend | K | U | | | | | |
| 53. ORE. ST. BOARD OF HIGHER EDUCATION: 8/1/07 | B | Interest | L | T | | | | | |
| 54. SW OREGON COMM. COLL: 6/1/07 | B | Interest | L | T | | | | | |
| 55. RESIDENCE - DAVIS, CALIFORNIA | | None | O | R | | | | | |
| 56. SALEM OR. WATER REV. | B | Interest | L | T | | | | | |
| 57. PORT. OR. WATER SYS. | B | Interest | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Additional Information in | Type | Value Code | Value Method | Type | Day | Value | Gain |
|---|---|---|---|---|---|---|---|
| #22 IRA - Piper Jaffrey Account | None | O | T | | | | |
| Schedule of Assets in IRA: | | | | | | | |

Europacific Fund
First Amer Gr. Fund
Templeton For FD
Federal Equity FD
Bonds
Money Market Fund
Dodge & Cox Stock Fund
Blackrock Funds Aurora

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ ███████████████████████ Date___ 5-3-07

NOTE: ANY INDIVI███████████████████OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SA██████

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544